UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA – ORLANDO DIVISION

CASE NO. 6:04-cv-1754-Orl-22JGG

FRANCIS C. LUTISAN AND
OLGA LUTISAN

      Plaintiffs,

vs.

GMAC MORTGAGE CORPORATION
d/b/a ditech.com

      Defendant.
_____/

## NOTICE OF REMOVAL

TO:    THE CLERK OF THE DISTRICT COURT FOR
        THE MIDDLE DISTRICT OF FLORIDA – ORLANDO DIVISION

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §1441, *et seq.*, Defendant hereby removes this civil action from the Circuit Court in and for Hillsborough County, Florida, Case No. 04-8812 DIV. K, to the United States District Court for the Middle District of Florida in Orlando. Removal is based on the following facts:

    1.     On or about September 23, 2004, a state court action was commenced against the Defendant in the Circuit Court in and for Hillsborough County, Case No 04-8812 DIV. K, captioned as above, which is now pending there. A copy of Plaintiffs' Complaint dated September 23, 2004 is annexed as *Exhibit "A"*. Pursuant to agreement of counsel, Defendant's attorney accepted service on or about November 12, 2004.

    2.     This is an action in which the District Courts of the United States have been given original jurisdiction pursuant to 28 U.S.C. §1441 in that Plaintiffs seek in this action, *inter alia*, relief pursuant to the Truth In Lending Act ("TILA"), 15 U.S.C. §1601 *et seq.*

    3.     By virtue of the operation of 28 U.S.C. §1441, this case is properly removable on the basis that the claims are brought under a federal statute.

    4.     This Notice of Removal is filed with this Court within 30 days of the receipt of the Complaint by counsel for the Defendant, and within 30 days of acceptance of service of the Complaint by counsel for the Defendant and waiver of the formalities of service by process.

5. Pursuant to 28 U.S.C. §1446(d), a copy of this Notice of Removal is also being filed with the Clerk of the Circuit Court in and for Hillsborough County, Florida.

6. This Notice of Removal also includes as *Composite Exhibit "B"*, copies of all papers required to be filed under 28 U.S.C. §1446(a) and local rule 4.02(b), which includes "true and legible cop(ies) of all process, pleadings, orders, and other papers or exhibits of every kind, including depositions, then on file in the state court."

7. Defendant reserves the right to amend or supplement this Notice of Removal.

WHEREFORE, Defendant hereby removes the action now pending against it from the Circuit Court in and for Hillsborough County, Florida, Case No. 04-8812 DIV. K to this Court for further proceedings.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by mail this 1st day of December, 2004 to: Mary T. Szeluga, Esquire, Legg Law Firm, LLC, 5500 Buckeystown Pike, Frederick, MD 21703 and Mark S. Melodia, Esq., Reed Smith, LLP, 136 Main Street, Suite 250, Princeton, NJ 08540.

Respectfully submitted,

NASON, YEAGER, GERSON, WHITE & LIOCE, P.A.
1645 Palm Beach Lakes Boulevard, Suite 1200
West Palm Beach, Florida 33401
Telephone:  (561) 686-3307
Facsimile:  (561) 686-5442
E-mail:     bhorowitz@nasonyeager.com
Attorneys for Defendant
Florida Bar No.: 494860

By: _____
BRETT J. HOROWITZ

DOCKETED LJL 11-12-04

IN THE CIRCUIT COURT OF THE 13th
JUDICIAL CIRCUIT IN AND FOR
HILLSBOROUGH COUNTY FLORIDA

Francis C. Lutisan and Olga Lutisan
Plaintiffs,

v.

GMAC Mortgage Corporation
dba Ditech.com,

Defendant.

Civil No.: 04-8812

Florida Bar No. 17388

DIVISION K

## SUMMONS

THE STATE OF FLORIDA:
To Each Sheriff of the State:

YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on defendant,

GMAC Mortgage Corporation
c/o CT Corporation System
1200 S. Pine Island Road
Plantation, Florida 33324

Each defendant is required to serve written defenses to the complaint or petition on, Attorney for Plaintiff,

Mary T. Szeluga
Attorney for Plaintiff
Legg Law Firm, LLC.
5500 Buckeystown Pike
Frederick MD 21703
(301) 620-1016

within 20 days after service of this summons on that defendant, exclusive of the date of service, and to file the original of the defenses with the clerk of this court either before service on the attorneys or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

DATED on SEP 2 9 2004, 2004.

Richard Ake
As Clerk of the Court

By _____
As Deputy Clerk

DEFENDANT'S EXHIBIT "B"

IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff's Attorney" named above.

IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta p or e scrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff's Attorney" (Abogado del Demandante).

IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 5 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

2