UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA – TAMPA DIVISION

CASE NO. 8:04-cv-2645-T-30TGW

FRANCIS C. LUTISAN AND
OLGA LUTISAN

  Plaintiffs,
vs.

GMAC MORTGAGE CORPORATION
d/b/a ditech.com

  Defendant.
_____/

### JOINT MOTION REQUESTING CONSENT ORDER STAYING LITIGATION

Plaintiffs and Defendant hereby jointly move the Court, by and through undersigned counsel to stay the litigation for sixty (60) days to facilitate and promote settlement discussions ongoing between the parties. In support of this motion, Plaintiffs and Defendant show the Court as follows:

1. This action is one of approximately 109 actions pending in five states, including Florida, all of which were filed by Plaintiffs' counsel on behalf of named Plaintiffs against Defendant GMAC Mortgage Corporation d/b/a ditech.com ("GMACM") regarding claims involving GMACM's lending practices associated with second mortgage loans;

2. The parties have begun meaningful discussions regarding the possible settlement of this matter, as well as the possible settlement of other actions filed by Plaintiffs' counsel on behalf of their clients against GMACM in other states;

3. In furtherance of these discussions, the parties intend to exchange information voluntarily that might help promote a resolution of this case and other cases;

4. The parties and their counsel agree that it is in their respective best interests, as well as the interests of justice, to continue to focus their efforts on attaining a settlement of as many as possible of these related pending matters;

5. The parties and their respective counsel agree that attempting to resolve these pending matters is a complex and time-consuming undertaking because of the number of mortgage loans at issue.

6. The parties have moved to stay litigation for 60 days in the United States District Court, Central District of California, the United States District Court, Middle District of Florida, Orlando, Jacksonville and Tampa Divisions, the United States District Court, Southern District and the United States District Court, Northern District of Georgia, which litigation was filed by Plaintiffs' counsel on behalf of their clients against GMACM and involved claims regarding GMACM's lending practices associated with second mortgage loans. Such litigation was stayed by the California, Florida and Georgia District Courts on March 2, 2005, March 15, 2005, March 21, 2005, March 22, 2005, March 23, 2005, March 24, 2005, March 25, 2005, March 29, 2005 and March 31, 2005. A proposed Order, substantially identical to those Orders entered by the foregoing courts and effecting the relief sought herein is attached hereto as Exhibit "A".

7. Accordingly, the parties, through the undersigned counsel, hereby jointly move, and respectfully request that the Court stay the proceedings in this matter for sixty (60) days from the date of entry, pursuant to the terms of the parties' proposed Consent Order, a copy of which is being submitted contemporaneously with this Joint Motion as Exhibit "A" and incorporated by reference. The specific terms of the stay agreed to and requested by the parties is set forth in the proposed Consent Order.

WHEREFORE, the parties jointly request a 60 day stay of the above captioned litigation through entry of a Consent Order.

                Respectfully submitted,

                NASON, YEAGER, GERSON, WHITE & LIOCE, P.A.
                1645 Palm Beach Lakes Boulevard, Suite 1200
                West Palm Beach, Florida 33401
                Telephone:   (561) 686-3307
                Facsimile:    (561) 686-5442
                E-mail:       bhorowitz@nasonyeager.com
                Attorneys for Defendant
                Florida Bar No.: 494860


                By:/s/ Brett J. Horowitz
                    BRETT J. HOROWITZ

                Mark S. Melodia, Esq.
                Reed Smith, LLP
                136 Main Street, Ste. 250
                Princeton, NJ 08543-7839
                Telephone:   (609) 987-0050
                Facsimile:    (609) 951-0824
                E-mail:       mmelodia@reedsmith.com
                Attorneys for Defendant

Legg Law Firm, LLC
5500 Buckeystown Pike
Frederick, MD 21703
Telephone:   (301) 620-1016
Facsimile:    (301) 620-1018
Szeluga@legglaw.com
Attorneys for Plaintiffs
Florida Bar No: 17388

By:/s/ Mary T. Szeluga
    Mary T. Szeluga
    Trial Counsel

H:\7542\17232\PJointMotionStayBJH/sjj

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA – TAMPA DIVISION

CASE NO. 8:04-cv-2645-T-30TGW

FRANCIS C. LUTISAN AND
OLGA LUTISAN

    Plaintiffs,

vs.

GMAC MORTGAGE CORPORATION
d/b/a ditech.com

    Defendant
_____/

## CONSENT ORDER STAYING LITIGATION

This matter is before the Court on joint motion of Plaintiffs and Defendant seeking a stay of this litigation to facilitate ongoing settlement discussions between the parties. For good cause shown and with the consent of all parties, it is hereby ORDERED as follows:

1. The proceedings between the parties in this matter are hereby stayed for sixty (60) days from the date of filing of this Consent Order.

2. No party, after the 60-day continuance, shall in any way use, present or argue the terms of this Consent Order in claiming an entitlement to or a limitation of discovery herein.

3. This stay shall conclude 60 days from the date of this Order. At the conclusion of the 60-day stay, the parties shall (i) if agreed among the parties and on approval of the Court, either continue the stay or otherwise enter a Joint Motion and Consent Order regarding scheduling, or (ii) if the parties cannot so agree, proceed with the litigation as previously

scheduled by the Court. To the extent necessary, the Court shall establish reasonable scheduling dates for all outstanding activities at the conclusion of the stay created by this Consent Order.

Dated: _____

                                              _____
United States District Court Judge

Copies Furnished To:

Brett J. Horowitz, Esq.
Nason, Yeager, Gerson, White & Lioce, P.A.
1645 Palm Beach Lakes Blvd., Ste. 1200
W. Palm Beach, FL 33401

Mark S. Melodia, Esq.
Reed Smith, LLP
136 Main Street, Ste. 250
Princeton, NJ 08543-7839

Mary T. Szeluga, Esq.
Legg Law Firm, LLC
5500 Buckeystown Pike
Frederick, MD 21703

H:\7542\17232\POrderStayLitBJH/sjj