# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**FRANCIS C. LUTISAN, et al.,**

    **Plaintiffs,**

v.                                                                     Case No.  8:04-cv-2645-T-30TGW

**GMAC MORTGAGE CORPORATION**
**d/b/a ditech.com,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

The Court has been advised by defense counsel Brett Horowitz that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any,  are **DENIED** as moot.  The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on October 25, 2005.

                                                         JAMES S. MOODY, JR.
                                                         UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2004\04-cv-2645.dismissal.wpd